IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Bennie Darren Mitchell, ) | C/A NO. 8:11-3361-CMC-BM |
| Plaintiff, ) | |
| ) | **OPINION and ORDER** |
| v. ) | |
| Desiree R. Allen; and Joy E. Holston, ) | |
| Defendants. ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court pursuant to 42 U.S.C. § 1983.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(d), DSC, this matter was referred to United States Magistrate Judge Bristow Marchant for pre-trial proceedings and a Report and Recommendation ("Report"). On January 17, 2012, the Magistrate Judge issued a Report recommending that Plaintiff's motion for temporary restraining order/preliminary injunction be denied and the complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff filed objections to the Report on January 30, 2012.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is

1

made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After conducting a *de novo* review as to objections made, and considering the record, the applicable law, the Report and Recommendation of the Magistrate Judge, and Plaintiff's objections, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order.

Plaintiff's objections offer repeated conclusory assertions that he has adequately pleaded and shown a violation of constitutional rights, and that he should be allowed to proceed and be granted injunctive relief. However, these conclusory assertions without more do not address any alleged infirmities of the Report.

Therefore, Plaintiff's motion for temporary restraining order/preliminary injunction (ECF No. 2) is **denied**, and this action is dismissed without prejudice and without issuance and service of process.[1]

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
March 9, 2012

---

[1] The Magistrate Judge's Order filed January 17, 2012, denied Plaintiff's motion for appointment of counsel. *See* Order at 2 (ECF No. 9). The Clerk is directed to terminate this motion.